**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

NORMA LETICIA CHAVEZ-PALACIOS,    )
    )
        Petitioner,    )
    )
v.    )
    )
WARDEN, CAROLINE DETENTION    )        **Civil No. 2:26cv726**
FACILITY, et al.,    )
    )
        Respondents.    )

## ORDER

On July 14, 2026, Norma Leticia Chavez-Palacios ("Petitioner") filed a pro se Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that she is entitled to a bond hearing. ECF No. 1, at 3. Petitioner also filed a Motion for Immediate Release or, in the Alternative, for a Bond Hearing. ECF No. 2.

It appearing to the Court that the factual circumstances and legal issues presented in the Petition may be materially identical to those presented in other recent habeas cases challenging the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b), it is hereby

**ORDERED** that Petitioner IS NOT to be removed or transferred from this District for any reason during the pendency of this action unless and until this Court issues an order to the contrary; and it is further

**ORDERED** that **on or before July 24, 2026,** Respondents file either (1) a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those addressed in Romero v. Crawford, No. 3:25cv788, 2026 WL 94634 (E.D. Va. Jan. 13, 2026), and Ponce Vidal v. Crawford, No. 2:26cv134, 2026 WL 561188 (E.D. Va. Feb. 27, 2026); or (2) an Opposition to the Petition discussing the material differences between these cases and this Petition; and it is further

**ORDERED** that if Respondents file an Opposition to the Petition, Petitioner shall file any reply in further support of the Petition **on or before August 3, 2026**.

If Respondents file a Notice indicating that there are no material differences between this Petition and the above cited cases, this Court may, consistent with the holdings in those cases, order Respondents to afford Petitioner a bond hearing pursuant to 8 U.S.C. § 1226(a) without awaiting further briefs from the parties.

The Clerk is directed to forward a copy of this Order to Petitioner and to Kent Porter, Supervisor of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia, Norfolk Division.

Entered this 14th day of July, 2026.

/s/ _____

Mark S. Davis
United States District Judge